# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BRETT HARRIS AND KENDELL
HARRIS

NO.   2019 CW 1507

VERSUS

LIVINGSTON PARISH SEWER
DISTRICT AND XYZ INSURANCE

FEB 1 8 2020

---

In Re:   Brett and Kendell Harris, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 160425.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The portion of the trial court's August 6, 2019 judgment granting the exception of no cause of action as to the claims of taking and/or inverse condemnation of the property owned by the plaintiffs, Brett Harris and Kendell Harris, is reversed. Generally, an exception of no cause of action should not be maintained in part and, if there are two or more theories of recovery that arise out of the operative facts of a single transaction or occurrence, a partial judgment on an exception of no cause of action should not be rendered to dismiss a theory of recovery. See **Everything on Wheels Subaru, Inc. v. Subaru South, Inc.**, 616 So.2d 1234 (La. 1993). Based on our *de novo* review of relators' petition, we find that the plaintiffs' claims against the defendant arise out of the same operative facts of a single transaction or occurrence. As such, the trial court improperly granted partial objection of no cause of action, thereby dismissing certain theories of recovery. The exception of no cause of action filed by the defendant, Livingston Parish Sewer District, is hereby denied.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT